| | | |
|---|---|---|
| BUDDY STEVE DANIEL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No.   1:07-cv-16 |
| | ) | *Collier/Carter* |
| CLYDE DUDLEY RIDGE | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER OF DEFICIENCY

The court is in receipt of a pro se civil rights complaint filed by Buddy Steve Daniel ("Daniel") pursuant to 42 U.S.C. § 1983.  Daniel has not paid the $350.00 filing fee nor has he filed a complete *in forma pauperis* application.  Daniel is presently incarcerated in the Federal Correctional Institution, in Ashland, Kentucky.  Under the Prison Litigation Reform Act, a prisoner who files a complaint in a district court must tender the full filing fee or he must file (1) an application to proceed *in forma pauperis* without prepayment of fees and (2) a certified copy of his inmate trust account for the previous six-month period.  28 U.S.C. § 1915(a)(2).  Daniel failed to submit either the full filing fee or a complete application to proceed *in forma pauperis* and a certified copy of his inmate trust account for the previous six-month period.

The Clerk is **DIRECTED** to send an *in forma pauperis* application and a copy of this order by certified mail to the plaintiff.  Daniel shall have **thirty (30) days** from the date of this order to pay the full filing fee or to complete the *in forma pauperis* application and submit the necessary documents.

Daniel is hereby **NOTIFIED** that if he fails to fully comply with this Order within the time required, the Court shall presume that he is not a pauper, shall assess the full amount of fees, and shall order the case dismissed for want of prosecution.  If the case is dismissed under these

circumstances, Daniel is notified the case will not be reinstated to the district court's docket despite the subsequent payment of the filing fee.

Daniel is further **ORDERED** to inform the Court, and the defendants or their counsel of record, immediately of any address changes. Failure to provide a correct address to this Court within **ten (10) days** following any change of address will result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**


**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**